**No. 43093.**—Protests 977908–G, etc., of Universal Commerical Corp. (New York).

Opinion by Brown, J.   Merchandise classified as dyed fur skins and stipulated to be waste similar to that the subject of Abstract 41389 was held dutiable at 10 percent under paragraph 1555 as claimed.

**No. 43094.**—Protests 983931–G, etc., of Danbury & Bethel Fur Co., Inc. (New York).

Opinion by Brown, J.   Merchandise classified as dyed fur skins and stipulated to be waste similar to that the subject of Abstract 41389 was held dutiable at 10 percent under paragraph 1555 as claimed.

**No. 43095.**—Protest 991214–G of Emanuel Forster (New York).

Opinion by Brown, J.   It was stipulated that the merchandise consists of fur pieces similar to those the subject of Abstract 41389.   The claim at 10 percent under paragraph 1555 was therefore sustained.

**No. 43096.**—Protest 999567–G of Ferd. Muhlens, Inc. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise consists of wood casks similar to those the subject of *Dewey* v. *United States* (25 C. C. P. A. 174, T. D. 49272).   The claim at 15 percent under paragraph 407 was therefore sustained.

Before the Second Division, January 24, 1940

**No. 43097.**—Protests 238920–G, etc., of N. J. Gorra & Bro. (Bridgeport).

Opinion by Tilson, J.   Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) was held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43098.**—Protests 286677–G, etc., of Lufty Bros. (New York).

Opinion by Tilson, J.   Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) was held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43099.**—Protests 291093–G, etc., of Hedaya Importing Co. (New York).

Opinion by Tilson, J.   Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) was held dutiable at 75 percent under paragraph 1430 as claimed.